# In the United States Court of Federal Claims

No. 10-638 L

(Filed October 17, 2013)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
GRIFFIN & GRIFFIN EXPLORATION,        *
LLC, ROBERT L. SMITH, and ROBERT      *
L. SMITH & ASSOCIATES,                *
& CONTRACTING CO., W.L.L.,            *
                                      *
           Plaintiffs,                *
                                      *
     v.                               *
                                      *
THE UNITED STATES,                    *
                                      *
           Defendant.                 *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 15, 2013, plaintiffs filed an Unopposed Motion to Extend Briefing Schedule and Court Order.  In their motion, plaintiffs request an extension of 10 days, to and including October 25, 2013, within which to file their reply in support of their motion for summary judgment filed July 15, 2013 as well as their response to defendant's cross-motion for summary judgment filed September 3, 2013.  Plaintiffs assert that such an extension is necessary because of "an unexpected demanding circumstance that necessitates urgent attention" which resulted in plaintiffs' counsel being "away from the office for several days."  Plaintiffs indicate that "opposing counsel agrees to an extension of ten additional days."  For good cause shown, the court grants plaintiffs' unopposed motion.

The court also notes that defendant's response and cross-motion for summary judgment, including attachments, is nearly 120 pages long.  The court therefore orders defendant to deliver two tabbed and indexed paper courtesy copies of its response and cross-motion for summary judgment, including attachments, to chambers.  The court also orders the parties to deliver two tabbed and indexed

paper courtesy copies of all subsequent briefing in connection with the parties' cross-motions for summary judgment which exceeds thirty pages, including exhibits and attachments.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiffs' Unopposed Motion to Extend Briefing Schedule and Court Order is **GRANTED**;

(2) Plaintiffs shall **FILE** their **Opposition/Reply** on or before **October 25, 2013**.

(3) Defendant shall **DELIVER** two tabbed and indexed paper courtesy copies of its response and cross-motion for summary judgment, including attachments, to chambers no later than **5:00 p.m. eastern time** on **October 25, 2013**; and

(4) Whenever briefing, including exhibits and attachments, causes an electronic filing in connection with the parties' cross-motions for summary judgment to exceed thirty pages, the party shall **DELIVER** two tabbed and indexed paper courtesy copies of that filing to chambers no later than **5:00 p.m. eastern time** the day after the filing is due.

/s/Lynn J. Bush
LYNN J. BUSH
Judge